COMMISSIONER OF INTERNAL REVE-
NUE, Petitioner, v. WIRE WHEEL CORPO-
RATION OF AMERICA, Respondent.

No. 75.

Circuit Court of Appeals, Second Circuit.
Jan. 5, 1931.

G. A. Youngquist, Asst. Atty. Gen., and Andrew D. Sharpe and Sewall Key, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Allin-H. Pierce, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for petitioner.

Hugh Satterlee and I. Herman Sher, both of New York City, and Albert S. Lisenby, of Washington, D. C. (Weill, Wolff & Satterlee, of New York City, of counsel), for respondent.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decision affirmed.

Bartle DALY, as Owner of THE Barge BESSIE C. PHELAN, Libelant-Appellee, v. THE Steam Tug RUSSELL NO. 16, Newtown Creek Towing Company, Claimant-Appellee, City of New York, Respondent-Appellant.

No. 243.

Circuit Court of Appeals, Second Circuit.
Feb. 12, 1931.

Arthur J. W. Hilly, Corp. Counsel, of New York City (Matthew J. Troy and William J. Leonard, both of New York City, of counsel), for appellant.

Alexander, Ash & Jones, of New York City (Edward Ash and Max Taylor, both of New York City, of counsel), for claimant-appellee.

Single & Single, of New York City (Thomas H. Middleton, of New York City, of counsel), for libelant-appellee.

Before L. HAND, CHASE, and MACK, Circuit Judges.

PER CURIAM.
Decree affirmed in open court.

DUBILIER CONDENSER CORPORATION, Appellant, v. AEROVOX WIRELESS CORPORATION, Appellee.

No. 235.

Circuit Court of Appeals, Second Circuit.
Feb. 16, 1931.

Clifton V. Edwards and Frank A. Bower, both of New York City, for appellant.

Dean Fairbank, Hirsch & Foster, of New York City (Morris Hirsch and Franklin J. Foster, both of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decree [42 F.(2d) 485] affirmed.

The ELIZABETH COMPANY, Libelant-Appellee, v. THE Steam Tug ROGER C. SULLIVAN, Great Lakes Dredge & Dock Company, Claimant-Appellant.

No. 171.

Circuit Court of Appeals, Second Circuit.
Feb. 2, 1931.

Bigham, Englar, Jones & Houston, of New York City (Charles W. Hagen and John M. Aherne, both of New York City, of counsel), for appellant.

Macklin, Brown, Lenahan & Speer, of New York City (Gerald J. McKernan, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.